UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CARDEN SIMCOX, and all others       )
similarly situated,                 )
                                    )
          Plaintiffs                )
                                    )         No. 3:10-514
v.                                  )         Judge Echols/Brown
                                    )         **Jury Demand**
BP, PLC, *et al.*,                  )
                                    )
          Defendants                )

## O R D E R

Presently pending are two motions by the Defendants. The first is a motion for stay of proceedings pending a decision by the Multi-District Litigation Panel (MDL Panel) on whether this action should be consolidated with other related actions (Docket Entry 7), and a motion for extension of time to respond to the complaint until the MDL Panel has reached its decision (Docket Entry 8).[1]

Given the nature of this case, it appears to the Magistrate Judge that it is likely that the MDL Panel will take action on this matter and that, accordingly, these two motions are well-taken and should be granted.

Accordingly, the case management conference in this matter is continued until **Monday, August 16, 2010, at 9:30 a.m. CDT**. If there has been no decision by the MDL Panel at that time, the Magistrate Judge will lift the stay of proceedings and set a deadline for a response by the BP Defendants and consider the entry of a scheduling order.

---

[1]As a matter of the Local Rules the Magistrate Judge would note that BP needs to have local counsel enter an appearance along with Mr. McCants.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

2