```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

```
CARDEN SIMCOX, and all others     )
similarly situated,               )
                                  )
        Plaintiffs                )
                                  )     No. 3:10-514
v.                                )     Judge Echols/Brown
                                  )     Jury Demand
BP, PLC, et al.,                  )
                                  )
        Defendants                )
```

### O R D E R

The Magistrate Judge has previously stayed some of the proceedings in this matter (Docket Entry 17). The Magistrate Judge had continued the case management conference in this matter until August 16, 2010. A number of attorneys are filing motions to be admitted *pro hac vice* and the Magistrate Judge has received inquiries concerning whether they need to associate local counsel in accordance with the Local Rules. Given the likelihood that this case will be transferred to another district by the MDL Panel, attorneys admitted *pro hac vice* will be excused from associating local counsel until **August 9, 2010**.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge