UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CARDEN SIMCOX** | ) |
| | ) |
| **v.** | )  NO. 3:10-0514 |
| | )  JUDGE ECHOLS |
| **BP AMERICA, INC., ET AL** | ) |

### O R D E R

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE