UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARDEN SIMCOX, and all others similarly situated; § § § | |
| Plaintiff, § § | |
| vs. § § § | CASE NO. 3:10-cv-0514 JUDGE ECHOLS/BROWN |
| BP, PLC; *et al.* § § | JURY DEMAND |
| Defendants. § | |

ORDER GRANTING MOTION TO MOVE
INITIAL CASE MANAGEMENT CONFERENCE TIME

Upon consideration of Defendant Halliburton Energy Services, Inc.'s Motion to Move Case Management Conference Time and the argument presented therein,

IT IS HEREBY ORDERED that the case management conference scheduled for August 16, 2010, at 9:30 a.m., be moved to 11:00 a.m. on that same date.

/S/ Joe B. Brown
MAGISTRATE JOE B. BROWN

EXHIBIT 1