IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARDEN SIMCOX, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:10-cv-0514 |
| v. ) | Judge Campbell |
| ) | (EDLA Case No. 10-2999) |
| BP, PLC, et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Pursuant to the Conditional Transfer Order (CTO-1) of the Judicial Panel on Multidistrict Litigation, Docket No. 2179, this case is hereby transferred to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and transmit the record to the United States District Court for the Eastern District of Louisiana.

It is so **ORDERED.**

Todd J. Campbell
United States District Judge